MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
THE BOURASSA LAW GROUP, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
(702) 851-2180
mbourassa@bourassalawgroup.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY DANAHER, <br><br> Plaintiff, <br><br> vs. <br><br> VISION FINANCIAL CORP, <br><br> Defendant. | Case No.: 2:13-cv-02212-APG-VCF <br><br> **STIPULATION TO ALLOW PLAINTIFF TO AMEND HIS COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between, Plaintiff GREGORY DANAHER, by and through his attorney, Mark J. Bourassa, Esq. of THE BOURASSA LAW GROUP, LLC, and VISION FINANCIAL CORP, by and through its attorney Loren S. Young, Esq. of LINCOLN, GUSTAFSON & CERCOS, LLP, pursuant to Fed. R. Civ. Proc. 15(a)(2), that Plaintiff be granted leave to file a Second Amended Complaint, attached hereto as Exhibit A, and Defendant, VISION FINANCIAL CORP, be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

permitted to file an answer to said Second Amended Complaint.

DATED this 18th day of March, 2014

THE BOURASSA LAW GROUP, LLC

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

DATED this 18 day of March, 2014

LINCOLN, GUSTAFSON & CERCOS, LLP

LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
3960 Howard Hughes Pkwy, Suite 200
Las Vegas NV 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
*Attorneys for Defendant*

**IT IS HEREBY ORDERED** that leave is granted for Plaintiff Gregory Danaher to file his Second Amended Complaint ~~and that said Second Amended Complaint, attached as Exhibit "A" hereto, be deemed filed as of the date of the signing of this Order.~~ Plaintiff must file the Second Amended Complaint in accordance with Local Rule 15-1(b).

DATED ___March 19___, 2014

_____
UNITED STATES ~~DISTRICT~~ JUDGE
CASE NO.: 2:13-cv-02212-APG-VCF
Magistrate